

**FILED**

APR 1 6 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR _____ |
| | ) | |
| v. | ) | |
| | ) | Violations: Title 21, United States |
| | ) | Code, Section 841(a)(1) and Title |
| TERRANCE SEWELL, aka "T Money" | ) | 18, United States Code, Section |
| | ) | 922(g)(1) |

<u>COUNT ONE</u>

The SPECIAL MARCH 2007 GRAND JURY charges:

**08CR   325**

On or about March 19, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

TERRENCE SEWELL, aka "T Money,"

defendant herein, did knowingly and intentionally possess with the distribute a controlled substance, namely, 5 grams or more of mixtures and substances containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

**JUDGE JOAN H. LEFKOW**

**MAGISTRATE JUDGE KEYS**

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about March 19, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

TERRENCE SEWELL, aka "T Money,"

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed in and affecting interstate commerce a firearm, namely one Taurus Intl. .45 caliber pistol, Model PT945, serial number NUE51808, and eight live rounds of Sellier & Bellot .45 caliber ammunition, in that the firearm and ammunition had traveled in interstate commerce prior to the defendant's possession of them;

In violation of Title 18, United States Code, Sections 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL MARCH 2007 GRAND JURY further charges:

1. The allegations contained in this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 18, United States Code, Section 922(g)(1), as alleged in the foregoing Indictment,

TERRENCE SEWELL, a.k.a. "T-Money,"

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section, 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) is:

one Taurus Intl. .45 caliber pistol, Model PT945, serial number NUE51808, and eight live rounds of Sellier & Bellot .45 caliber ammunition;

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY