# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 325 - 1 | **DATE** | 4/23/2008 |
| **CASE TITLE** | USA vs. Terrence Sewell | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant ackowledges receipt of the indictment and waives formal reading. Defendant enters a plea of not guilty to all counts of the indictment. 16.1 conference to be held by 4/30/2008. Pretrial motions to be filed by 5/28/2008; responses by 6/11/2008. Status hearing is set for 6/11/2008 at 9:30 a.m. Government's oral motion to exclude time is granted without objection. The period beginning 4/23/2008 through 6/11/2008 is excluded pursuant to 18.3161(h)(1)(F).   X-E

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | MD |
|---|---|---|