UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>PLAINTIFF )<br>v. )<br>)<br>)<br>TERRANCE SEWELL, )<br>)<br>DEFENDANT ) | Case No. 08 CR 325<br><br>Judge Joan Lefkow |

**DEFENDANT SEWELL'S MOTION FOR AN EXTENSION OF TIME
TO FILE PRETRIAL MOTIONS**

Now comes Defendant Terrance Sewell, by and through his attorney and moves this Court to extend the time to file pretrial motions from May 28, 2008 to June 17, 2008. In support of this motion, Defendant states the following.

1. This is a two count indictment alleging that Mr. Sewell possessed cocaine in violation of 21 U.S.C. 841 and that he possessed a firearm after a felony conviction in violation of 18 U.S.C. §922(g).

2. The Court had previously set a deadline for filing of motions until May 28, 2008.

3. Defendant's attorney has only recently completed an 11 week criminal trial in federal court in which he is appointed counsel. That trial involved a discovery data base of 1.2 million pages of documents, several hundred hours of video and audio tapes and a significant number of legal issues that Defendant's attorney had to brief.

1

4.	Due to his work on that trial, Defendant's attorney has been unable to complete his review of discovery or prepare pretrial motions. It is anticipated that he will file several such motions.

5.	Defendant requests that his attorney be given until June 17 to prepare such motions. His attorney has spoken to the one of the AUSA's involved in this case and she has no objection to this motion being granted.

6.	Defendant also requests that the status set for June 11 be changed to a different date.

WHEREFORE DEFENDANT Sewell prays that this Court grant his motion to extend the date for filing of pretrial motions until June 17, 2008 and change the status date in this case from June 11 to a different date (not June 26-28, 2008).

Respectfully submitted,

s/Steven Saltzman
Attorney for Defendant Sewell

Steven Saltzman
122 S. Michigan Ave. Suite 1850
Chicago, IL  60603
312-427-4500