# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 325 | **DATE** | 6/23/2008 |
| **CASE TITLE** | USA vs. Terrance Sewell | | |

**DOCKET ENTRY TEXT**

Defendant's motion for extension of time to 7/8/2008 to file pretrial motions [12] is granted. Status hearing of 6/24/2008 is stricken and reset to 7/9/2008 at 9:30 a.m. The period beginning 6/23/2008 through 7/9/2008 is excluded pursuant to 18.1361(h)(1)(F). X-E

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|