UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF ) | |
| v. ) | Case No. 08 CR 325 |
| ) | |
| ) | Judge Joan Lefkow |
| TERRANCE SEWELL, ) | |
| ) | |
| DEFENDANT ) | |

**DEFENDANT SEWELL'S MOTION FOR AN EXTENSION OF TIME
TO FILE PRETRIAL MOTIONS**

Now comes Defendant Terrance Sewell, by and through his attorney and moves this Court to extend the time to file an additional pretrial motion from July 8, 2008 to July 29, 2008. In support of this motion, Defendant states the following.

1. This is a two count indictment alleging that Mr. Sewell possessed cocaine in violation of 21 U.S.C. 841 and that he possessed a firearm after a felony conviction in violation of 18 U.S.C. §922(g).

2. The Court had previously set a deadline for filing of motions and has extended it twice upon motion of Defendant's attorney.

3. Defendant's attorney has recently completed an 11 week criminal trial in federal court in which he is appointed counsel. That trial involved a discovery data base of 1.2 million pages of documents, several hundred hours of video and audio tapes and a significant number of legal issues that Defendant's attorney had to brief. In the interim, he has filed a motion for new

1

trial and judgment of acquittal in that case and his reply to the government's response is due next week. In addition he has an evidentiary hearing in another case next week. Due to these commitments, he has been unable to complete the one additional motion he needs to file, a motion to suppress evidence seized during a search.

4. Defendant requests that his attorney be given until July 29 to prepare such motions. His attorney has spoken to the one of the AUSA's involved in this case and she has no objection to this motion being granted.

WHEREFORE DEFENDANT Sewell prays that this Court grant his motion to extend the date for filing of all pretrial motions until July 29, 2008.

                                      Respectfully submitted,

                                      s/Steven Saltzman
                                      Attorney for Defendant Sewell

Steven Saltzman
122 S. Michigan Ave. Suite 1850
Chicago, IL 60603
312-427-4500