UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF ) | |
| v. ) | Case No. 08 CR 325 |
| ) | |
| ) | Judge Joan Lefkow |
| TERRANCE SEWELL, ) | |
| ) | |
| DEFENDANT ) | |

**NOTICE OF MOTION**

TO:   AUSA Rachel Cannon and Kruti Trivedi
      219 S. Dearborn, 5th Fl.
      Chicago, Illinois 60604

   Please take notice that on July 9, 2008 at 9:30 a.m. before the Honorable Judge Lefkow the courtroom usually occupied by her in the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois where I will then and there present Defendant Terrance Sewell's Motion to Extend Time to file Pretrial Motions and Defendant's Motion to Modify Conditions of Pretrial Release, copies of which are hereby served.

                                           s/Steven Saltzman__
                                           Steven Saltzman

**PROOF OF SERVICE**

   I,  Steven Saltzman, an attorney hereby certifies that  on July 3, 2008 in accordance with the Fed.Crim.P. 49, Fed.R.Civ.P.5 and LR5.5, and the General Order on Electronic Case Filing (ECF), the above stated motion was served pursuant to the district court's ECF system as to ECF filers.
                                            s/Steven Saltzman

Steven Saltzman
122 S. Michigan Ave., Ste 1850
Chicago, IL  60603
312-427-4500