UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                        Case No.: 1:08−cr−00325
                                                  Honorable Joan H. Lefkow

Terrance Sewell

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow: as to Terrance Sewell; Status hearing held and continued to 8/6/2008 at 9:00 A.M. Hearing on motions held on 7/9/2008. Defendant's uncontested motion for extension of time to file additional pretrial motions [15] is granted to and including 8/4/2008. Defendant's motion to modify conditions of release [16] is granted as stated in open court. Conditions of release are modified as follows: Defendant to be taken off electronic monitoring, released from home detention and the leg bracelet is to be removed. Defendant will still have a curfew as directed by Pretrial Services. The period beginning 7/9/2008 through 8/6/2008 is excluded pursuant to 18 U.S.C.1361(h)(1)(F). Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.