## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 325 | **DATE** | 7/31/2008 |
| **CASE TITLE** | USA vs. Terrance Sewell | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 10/8/2008 at 9:30 a.m. Defendant's oral motion to extend date by which to file additional pretrial motions is granted to 8/7/2008; responses to all motions due by 8/21/2008; replies due by 9/3/2008; ruling on any pending motions set for 10/8/2008 at 9:30 a.m. The period beginning 7/31/2008 through 10/8/2008 is excluded pursuant to 18.3161(h)(1)(F).  X-E

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | MD |
|---|---|---|

Case 1:08-cr-00325    Document 21    Filed 07/31/2008    Page 1 of 1

08CR325 USA vs. Terrance Sewell                                                                                    Page 1 of 1