UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF ) | |
| v. ) | Case No. 08 CR 325 |
| ) | Judge Joan Lefkow |
| TERRANCE SEWELL ) | |
| ) | |
| DEFENDANT ) | |

### DEFENDANT SEWELL'S MOTION TO SUPPRESS EVIDENCE SEIZED DURING SEARCH OF 900 W. GUNNERSON, UNIT 106 AND STATEMENTS MADE TO LAW ENFORCEMENT

Now comes Defendant Terrance Sewell, by and through his attorney and moves this Court to suppress evidence seized during a search of 900 W. Gunnerson, Unit 106 in Chicago, Illinois on March 19, 2007 and any statements made to law enforcement authorities after such search. This motion is brought pursuant to the Fourth Amendment of the United States Constitution and Fed.R.Crim.P. 12(b)(3) and 41(f). In support of this motion Defendant submits a memorandum of law and various exhibits.

Wherefore, Defendant prays that this Court quash his arrest and suppress all evidence obtained as a result of that arrest.

Respectfully submitted,

s/Steven Saltzman
Attorney for DefendantSewell

Steven Saltzman
122 South Michigan Avenue, Ste. 1850
Chicago, Illinois   60603
(312) 427-4500
Date: August 7, 2008

## PROOF OF SERVICE

     I, <u>Steven Saltzman</u>, an attorney hereby certifies that on August 7, 2008 in accordance with the Fed.Crim.P. 49, Fed.R.Civ.P.5 and LR5.5, and the General Order on Electronic Case Filing (ECF), the above stated motion was served pursuant to the district court's ECF system as to ECF filers.

                                        <u>s/Steven Saltzman</u>

Steven Saltzman
122 S. Michigan Ave., Ste 1850
Chicago, IL  60603
312-427-4500