**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| v. | ) | **Case No. 08 CR 325** |
| | ) | |
| | ) | **Judge Joan Lefkow** |
| **TERRANCE SEWELL,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

**DEFENDANT SEWELL'S MOTION FOR AN EXTENSION OF TIME
TO FILE MOTION TO DISMISS COUNT II**

Now comes Defendant Terrance Sewell, by and through his attorney and moves this Court to extend the time to file his motion to dismiss Count II on Second Amendment and Commerce Clause pretrial motions from August 7, 2008 to August 11, 2008.   In support of this motion, Defendant states the following.

1.      This is a two count indictment alleging that Mr. Sewell possessed cocaine in violation of 21 U.S.C. 841 and that he possessed a firearm after a felony conviction in violation of 18 U.S.C. §922(g).

2.      The Court had previously set a deadline for filing of motions until August 7, 2008.

3.      Defendant's attorney completed extensive research and has prepared a motion to suppress evidence with an accompanying memorandum that were both filed today.  He has not yet completed the motion to dismiss

Count II but will be able to do so with a short extension

    4.    Defendant requests that his attorney be given until August 11 to prepare such motions.  His attorney has attempted to speak to the one of the AUSA's involved in this case but she is apparently out of the office until Monday.

    WHEREFORE DEFENDANT Sewell prays that this Court grant his motion to extend the date for filing of the motion to dismiss Count II of the indictment until August 11, 2008.

Respectfully submitted,

s/Steven Saltzman
Attorney for Defendant Sewell

Steven Saltzman
122 S. Michigan Ave. Suite 1850
Chicago, IL  60603
312-427-4500