# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 325 | **DATE** | 8/27/2008 |
| **CASE TITLE** | USA vs. Terrance Sewell | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion for an extension of time to file motion to dismiss Count II [24] is granted. Response to defendant's pretrial motions due by 9/22/2008; reply due by 9/29/2008; ruling is set for 10/29/2008 at 9:30 a.m. Court date of 10/8/2008 for ruling and status hearing is vacated. Oral motion of the Government to exclude time is granted. The period beginning 8/27/2008 through 10/29/2008 is excluded pursuant to 18.3161(h)(1)(F). X-E

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | MD |
|---|---|---|